# Priority+ Legal Services, Inc.

PO Box 540, Reisterstown, Maryland 21136
(410) 282-7000  Fax (410) 823-3299

## Affidavit - Return of Private Process

**U. S. District Court District of Columbia**

Case #  1:07cv02182 PLF

Case    Michael R. Fanning, as CEO of the Central Pension Fund of the Int's Union of Operating Engineers and Participating Employers
vs.
Langenfelder Marine, Inc.

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 12/18/2007 at 1:50:00 PM at 400 Pier Ave, Stevensville, MD 21666

David G. Howson, V.P. was served with:
Accepted by:

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunction
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents

- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

**Additional Information:**

Race:  White          Height  6'          Hair  Black          Age: 52
Sex    Male           Weight  245         Other:

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date:  12/20/2007

_____
Private Process Server

Sworn and Subscribed to before me this _____ day of _____, in the year _____.

Michael E. Stern
Notary Public
Baltimore County, Maryland
My Commission Expires 02/01/2011