UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Michael R. Fanning, as CEO of the Central Pension Fund of the Int'l Union of Operating Engineers and Participating Employers,** | ) ) ) ) ) |
|        **Plaintiff** | ) ) |
|        v. | )    **1:07-cv-02182 PLF** ) |
| **Langenfelder, Marine, Inc.,** | ) ) |
|        **Defendant** | ) ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*/

## **ANSWER**

Defendant, Langenfelder Marine, Inc., answers the Complaint as follows:

1. Admittted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Defendant admits that under the collective bargaining agreements, contributions to the Fund are governed by the Restated Agreement and Declaration of Trust.  Defendant denies that it is otherwise a party to such documents.

8. Admitted.

9. Admitted.

10. Denied.

11. Defendant has insufficient knowledge to admit or deny this allegation.

12. Defendant has insufficient knowledge to admit or deny this allegation.

13. Defendant has insufficient knowledge to admit or deny this allegation.

14. Defendant has insufficient knowledge to admit or deny this allegation.

15. Admitted or denied in accordance with above.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Admitted or denied in accordance with above.

21. Admitted that Defendant agreed to make contributions pursuant to the collective bargaining agreements. Otherwise denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Admitted or denied in accordance with above.

28. Admitted.

29. Admitted.

30. Denied.

## AFFIRMATIVE DEFENSE

1. Local 25's failure to refer union members to Defendant pursuant to Section 3 of the Master Agreement and Section 4 of the Oyster Shell Agreement has forced the Defendant to hire employees who have no colorable claim for benefits under the Fund. Under the circumstances, the contributions and other relief sought by the Fund would constitute a windfall.

                                                Respectfully submitted,

                                                        / s /
                                                _____
                                                Elizabeth Torphy-Donzella
                                                D.C. Bar ##4393461
                                                Stephen D. Shawe
                                                Eric Hemmendinger
                                                SHAWE & ROSENTHAL, LLP
                                                11th Floor, Sun Life Building
                                                20 S. Charles Street
                                                Baltimore, MD 21201
                                                410/752-1040 Telephone
                                                410/752-8861 Facsimile

January 7, 2008                           *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Answer was served on the following by way of the Court's electronic filing system this 7th day of January, 2008:

> Charles W. Gilligan [Bar #394710]
> R. Richard Hopp [Bar #432221]
> **O'Donoghue & O'Donoghue, LLP**
> 4748 Wisconsin Avenue, N.W.
> Washington, DC  20016
> *Counsel for Plaintiff*

                                                    / s /
                                            _____
                                            Elizabeth Torphy-Donzella

169648