UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL R. FANNING, as CHIEF EXECUTIVE :
OFFICER OF THE CENTRAL PENSION FUND, :
                                                                                        :

            Plaintiff,                                :   CA No.: 1:07-cv-2182-PLF

v.                                                                :

LANGENFELDER MARINE, INC.                :

            Defendant.                                :

## JOINT LOCAL CIVIL RULE 16.3 REPORT AND DISCOVERY PLAN

Plaintiff and Defendant, pursuant to Local Civil Rule 16.3 and Federal Rules of Civil Procedure 16 and 26(f), hereby provide the following information to the Court:

1. This case is likely to be resolved by motions for summary judgment.

2. Deadline to join additional parties and amend the pleadings: March 28, 2008.

3. The parties do not believe this case should be assigned to a Magistrate Judge for all purposes.

4 & 5. The parties' positions with respect to settlement and whether this case can benefit from ADR are as follows: **Plaintiff's position:** The Plaintiff has requested a settlement offer from the Defendant that addresses the disputed aspects of the claim but so far has only received a payment schedule related to a portion of the undisputed amounts owed by the Defendant to Plaintiff. The Plaintiff expects that this case would benefit from neutral evaluation and mediation after the close of discovery. **Defendant's position:** Defendant has proposed a payment plan to Plaintiff, however, some issues concerning the amount of Plaintiff's claim would remain contested. The contested issues may benefit from neutral evaluation and mediation.

6. Deadline for motions: **Defendant's position**: Defendant's position is that proposals concerning a schedule for discovery and motions should conform to the schedule in a companion case in New Jersey. See section 14 below. **Plaintiff's position:** June 30, 2008. The Plaintiff anticipates filing a motion for summary judgment. Considering that the Plaintiff and this Court have no input into the schedule, if any, that may be entered in a separate lawsuit involving separate plaintiffs in New Jersey (see discussion below), the Defendant's suggestion to adopt that schedule should not be accepted by the Court to govern this case. In the event the schedule entered by the Court in this case requires adjustments, the Defendant may present this Court with an appropriate motion.

7. **Plaintiff's position:** The parties will provide initial disclosures on or before March 21, 2008. Initial disclosures will be helpful to narrow and focus the subsequent written discovery requests. **Defendant's position:** Initial disclosures will be redundant and should be excused.

8. In addition to written discovery, the depositions of the parties may be necessary as well as one or two third-party witnesses. No additional limits are needed on discovery other than those already established in the Local Civil Rules. **Plaintiff's position**: Deadline to complete discovery, including experts: May 30, 2008. **Defendant's position**: Defendant's position is that proposals concerning a schedule for discovery and motions should conform to the schedule in a companion case in New Jersey. See section 14 below.

9. **Plaintiff's position:** Deadline to disclose expert witnesses and provide expert reports: April 11, 2008, with counter-designations and reports no later than April 25, 2008. **Defendant's position:** Defendant's position is that proposals concerning a schedule for

discovery and motions should conform to the schedule in a companion case in New Jersey. See section 14 below.

10. Not applicable

11. The parties agree no bifurcation of the trial or discovery is necessary.

12. Date for pretrial conference. To be scheduled by the Court.

13. The parties agree a trial date should be scheduled at the pretrial conference.

14. Other matters: **Defendant's position:** This case was filed by the trustees of a pension fund seeking recovery of alleged unpaid benefit plan contributions. Another earlier-filed case making the same claim against the same defendant was filed by the trustees of the medical, annuity and vacation plans in the United States District Court for the District of New Jersey. *International Union of Operating Engineers, Local 25, et al v. Langenfelder Marine*, Civil Action 3:07-cv-6063 (D.N.J.). Magistrate Judge Tonianne J. Bongiovanni held a scheduling conference in the New Jersey case on February 4, 2008. At that time, she deferred entering a scheduling order, and directed the parties to discuss certain issues and report back to her by telephone conference scheduled for March 13, 2008. Defendant submits that that the schedules in the two cases should be coordinated to avoid duplication of effort by counsel as well as by the courts. Indeed, it is unclear to Defendant why the two cases were separately filed. While Defendant hopes that the cases can be processed with a minimum of motions practice, if there is undue duplication, Defendant may file a motion for change of venue or consolidation by the panel on multi-district litigation. **Plaintiff's position:** This case involves a different Plaintiff, and different operative documents, such as a different Plan document and Restated Agreement and Declaration of Trust than the action pending in New Jersey. The Defendant is located in Maryland and the Plaintiff is located in the District of Columbia. Section 502(e)(2) of ERISA, 29

U.S.C. § 1132(e)(2), does not provided for jurisdiction for the Plaintiff to bring its claims in the District of New Jersey as suggested by the Defendant. Considering the different parties and operative documents at issue, the Plaintiff does not believe that the New Jersey lawsuit, brought by separate parties against the Defendant, should have any bearing on the instant case.

Dated: March 6, 2008

By: /s/
R. Richard Hopp (DC 432221)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-004 – Telephone
(202) 237-1200 – Facsimile

Attorneys for Plaintiff

By: /s/
Elizabeth Torphy-Donzella (DC 4393461)
Stephen D. Shawe
Eric Hemmendinger
SHAWE & ROSENTHAL, LLP
11th Floor, Sun Life Building
20 South Charles Street
Baltimore, Maryland 21201
(410) 752-1040 – Telephone
(410) 752-8861 – Facsimile

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on the 6th day of March, 2008.

R. Richard Hopp

173322_1