UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL R. FANNING, as CHIEF EXECUTIVE :
OFFICER OF THE CENTRAL PENSION FUND, :
:
    Plaintiff,                 : CA No.: 1:07-cv-2182-PLF
:
v.                                            :
:
LANGENFELDER MARINE, INC.          :
:
    Defendant.               :

## MOTION FOR ADMISSION *PRO HAC VICE*

    I, _Elizabeth Torphy-Donzella_, am a member in good standing of the bar of this Court. My bar number is #4393461. I am moving the admission of **Eric Hemmendinger** in this case as counsel for the Defendant.

    We certify that:

1.     The proposed admittee is not a member of the District of Columbia bar and does not maintain any law office in the District of Columbia.

2.     The proposed admittee is a member in good standing of the bars of the following State courts and/or United States Courts:

| **State Court and Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| Maryland Court of Appeals | 1977 |
| Virginia Supreme Court | 1977 |
| United States District Ct. for Maryland | 1977 |
| United States Court of Appeals, 4th Cir. | 1985 |
| United States Court of Appeals, 7th Cir. | 1989 |
| | |

3.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

1

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Elizabeth Torphy-Donzella | Eric Hemmendinger |
| Printed Name | Printed Name |
| SHAWE & ROSENTHAL LLP | SHAWE & ROSENTHAL, LLP |
| Firm  20 S. Charles Street Baltimore, MD 21201 | Firm  20 S. Charles Street Baltimore, MD 21201 |
| Address | Address |
| 410.752.1040 | 410.752.1040 |
| Telephone Number | Telephone Number |
| 410.752.8861 | 410.752.8861 |
| Fax Number | Fax Number |
| etd@shawe.com | eh@shawe.com |
| Email Address | Email Address |

174729

2