REFERRAL TO MAGISTRATE JUDGE

CATEGORY: K

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | E.R.I.S.A. | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-2182 | DATE REFERRED:<br>4/7/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement discussions to conclude on or before 8/1/2008. | JUDGE:<br>Paul L. Friedman | MAG. JUDGE<br>Deborah Robinson |
| PLAINTIFF (S):<br>Michael R. Fanning, Chief Executive Officer of the Central Pension Fund | | DEFENDANT(S):<br>Langenfelder Marine, Inc. | | |
| ENTRIES: | | | | |