UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL R. FANNING, :
:
      Plaintiff, :
:
v. : Civil Action No. 1:07-cv-2182-PLF
:
LANGENFELDER MARINE, INC., :
:
      Defendant. :

### PLAINTIFF'S SUPPLEMENTAL DAMAGES CALCULATION

Plaintiff, Michael R. Fanning as Chief Executive Officer of the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, by the undersigned, in further support of the pending Motion for Summary Judgment, hereby advises the Court of the following:

1.    On June 30, 2008 and July 1, 2008, the Defendant paid a total of $56,198.58 toward the amount of contributions and interest claimed in this lawsuit.

2.    A revised chart is attached which calculates the amount of the delinquency in light of these recent payments. This chart should be substituted for Exhibit G to the Declaration of Michael R. Fanning.

3.    A revised proposed Order is also submitted in order to account for the recent payments.

Respectfully submitted,

**O'DONOGHUE & O'DONOGHUE LLP**
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041 telephone
(202) 237-1200 facsimile

Dated: July 2, 2008

_____
R. Richard Hopp (Bar No. 432221)
rhopp@odonoghuelaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2008, I caused the Plaintiff's Supplemental Damages Calculation and all attachments to be filed using the CEM/ECF and that ECF will send notification of the filing to:

Elizabeth Tophy-Donzella
Eric Hemmendinger
Shaw & Rosenthal, LLP
20 South Charles Street
11th Floor
Baltimore, Maryland 12101
*Attorneys for Defendant*

_____
R. Richard Hopp

## Langenfelder Delinquency through August 31, 2008*

| Date of Payment | Total Delinquency Balance | | Principle Balance |
|---|---|---|---|
| | $101,951.50 | (contributions owed) | $101,951.50 |
| | $20,390.30 | (20% liquidated damages) | |
| | $4,085.35 | (9% interest to 12/27/07) | |
| | $126,427.15 | | |
| 12/27/2007 | -$10,479.50 | | -$10,479.50 |
| | $115,947.65 | | $91,472.00 "A" |
| | | (interest to 1/30/08 @ $22.56 per day on "A" | |
| | $767.04 | only) | |
| | $116,714.69 | | |
| 1/30/2008 | -$10,346.00 | | -$10,346.00 |
| | $106,368.69 | | $81,126.00 "B" |
| | | (interest to 3/3/08 @ $20.00 per day on "B" | |
| | $660.00 | only) | |
| | $107,028.69 | | |
| 3/3/2008 | -$13,945.50 | | -$13,945.50 |
| | $93,083.19 | | $67,180.50 "C" |
| | | (interest to 4/18/08 @ $16.57 per day on "C" | |
| | $762.22 | only) | |
| | $93,845.41 | | |
| 4/18/2008 | -$18,093.00 | | -$18,093.00 |
| | $75,752.41 | | $49,087.50 "D" |
| | | (interest to 6/30/08 @ $12.10 per day on "D" | |
| | $883.30 | only) | |
| | $76,635.71 | | |
| 6/30/2008 | -$49,087.50 | | -$49,087.50 |
| | $27,548.21 | | $0.00 |
| | | (interest to 7/01/08 @ 2.57% pursuant to 28 U.S.C. 1961(a) $1.94 per | |
| | $1.94 | day) | |
| | $27,550.15 | | |
| 7/1/2008 | -$7,110.08 | | |
| | $20,440.07 | | |
| | | (interest to 8/31/08 @ $1.44 per day) | |
| | $87.84 | | |
| | $20,527.91 | | |

* exclusive of attorneys' fees and cost

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL R. FANNING,          :
                             :
         Plaintiff,          :
                             :
    v.                       :   Civil Action No. 1:07-cv-2182-PLF
                             :
LANGENFELDER MARINE, INC.,   :
                             :
         Defendant.          :

## ORDER GRANTING SUMMARY JUDGMENT

Having considered Plaintiff's Motion for Summary Judgment, Memorandum in support thereof, and the accompanying Declarations, and having fully considered the Opposition thereto, if any, and the applicable law, it is this ____ day of September, 2008, hereby:

ORDERED and ADJUDGED that Summary Judgment be and the same is entered pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of Plaintiff Michael R. Fanning, as Chief Executive Officer of the Central Pension Fund of the International Union of Operating Engineers and Participating Employers against Defendant Langenfelder Marine, Inc. in the amount of **$29,252.91** for liquidated damages and interest in the amount of $20,527.91 calculated through August 31, 2008, and costs and fees in the amount of $8,725.00. In addition, pre-judgment interest on this amount is awarded at the rate of 2.57% pursuant to 28 U.S.C. § 1961(a) from September 1, 2008 to the date of this judgment and post-judgment interest accruing at that same rate from the date of judgment through the date of payment.

_____
United States District Court Judge
Paul L. Friedman

cc:    R. Richard Hopp
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Ave., NW
Washington, DC 20016
*Attorney for Plaintiff*

Elizabeth Tophy-Donzella
Eric Hemmendinger
Shaw & Rosenthal, LLP
20 South Charles Street
11th Floor
Baltimore, Maryland 12101
*Attorneys for Defendant*