UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL R. FANNING, as CHIEF EXECUTIVE :
OFFICER OF THE CENTRAL PENSION FUND,  :
                                                                            :
       Plaintiff,                                              :   CA No.: 1:07-cv-2182-PLF
                                                                            :
       v.                                                            :
                                                                            :
LANGENFELDER MARINE, INC.                        :
                                                                            :
       Defendant.                                          :
_____/

**CONSENT MOTION TO EXTEND TIME
FOR FILING RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

    Defendant moves that the time for filing a response to Plaintiff's Motion for Summary Judgment be extended from July 7 to July 25, 2007.  There are several reasons for this extension including changes in the amount claimed, the July 4 holiday and a family medical situation involving defense counsel.  Plaintiff has authorized Defendant to state that it consents to this motion.

                                                        Respectfully submitted,

                                                        /s/
                                                        _____
                                                        Elizabeth Torphy-Donzella
                                                       D.C. Bar #4393461
                                                       Eric Hemmendinger
                                                       SHAWE & ROSENTHAL, LLP
                                                       11th Floor, Sun Life Building
                                                       20 S. Charles Street
                                                       Baltimore, MD 21201
                                                       410/752-1040 Telephone
                                                       410/752-8861 Facsimile

Date:  July 7, 2008                                      *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Consent Motion to Extend Time for Filing Response to Motion for Summary Judgment was served to all parties via electronic filing this 7th day of July, 2008.

/s/
_____
Eric Hemmendinger

181833