UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL R. FANNING, Chief Executive Officer of the Central Pension Fund,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANGENFELDER MARINE, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-2182<br>(PLF/DAR) |

ORDER

Defendant recently filed a consent motion for an extension of time in which to respond to plaintiff's motion for summary judgment. The caption of that motion does not contain the initials of Magistrate Judge Deborah A. Robinson, to whom this case was referred for settlement discussions and/or "management of all pre-trial matters, including the issuance of scheduling orders and reports and recommendations on any dispositive motion filed in this case." <u>Fanning v. Langenfelder Marine, Inc.</u>, Civil Action No. 07-2182, Order at 1 (D.D.C. April 7, 2008). Accordingly, it is hereby

ORDERED that the parties shall review this Court's April 4, 2007 Order referring this case to Magistrate Judge Robinson. In addition, the parties are reminded that in the future any filings related to settlement discussions or pre-trial matters should include the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Robinson following the case number in the caption.

On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 14, 2008